JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES FOR THE USE AND BENEFIT OF O'BRYANT ELECTRIC, INC., and O'BRYANT ELECTRIC, INC., a California corporation,,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RMA LAND CONSTRUCTION, INC., etc., et al.<br><br>　　　　　Defendants. | CV14-2093 DSF (FFMx)<br><br>**JUDGMENT** |
|---|---|

The Court having granted summary judgment in favor of Defendants HASEEB MOHAMMAD aka STEVE MOHAMMAD and RAHEEL MOHAMMAD aka ROY MOHAMMAD and against Plaintiffs UNITED STATES FOR THE USE AND BENEFIT OF O'BRYANT ELECTRIC, INC., and O'BRYANT ELECTRIC, INC. ("O'BRYANT"),

　　　IT IS ORDERED that:

　　　1.　　Judgment be entered in favor of HASEEB MOHAMMAD aka STEVE MOHAMMAD and RAHEEL MOHAMMAD aka ROY MOHAMMAD against

1  O'BRYANT;

2      2.    HASEEB MOHAMMAD aka STEVE MOHAMMAD and RAHEEL MOHAMMAD aka ROY MOHAMMAD shall recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED

Date: 7/28/16        _____

                                            Honorable Dale S. Fischer
                                            United States District Judge