1

2

3

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

10

| | |
|---|---|
| 11 UNITED STATES FOR THE USE | CASE NO.  CV14-2093 DSF (FFMX) |
| 12 AND BENEFIT OF O'BRYANT ELECTRIC, INC., and O'BRYANT | **AMENDED JUDGMENT** |
| 13 ELECTRIC, INC., a California corporation, | **PURSUANT TO STIPULATION** |
| 14         Plaintiffs, | |
| 15         v. | |
| 16 RMA LAND CONSTRUCTION, INC., | |
| 17 a California corporation; RAHEEL MOHAMMAD aka ROY | |
| 18 MOHAMMAD, an individual; HASEEB MOHAMMAD aka STEVE | |
| 19 MOHAMMAD, an individual; EDMUND SCARBOROUGH, an | |
| 20 individual;  AMERICAN CONTRACTORS INDEMNITY | |
| 21 COMPANY, a California corporation; and DOES 1 through 10, inclusive, | |
| 22         Defendants. | |

23     The Court, having received and reviewed the "STIPULATION FOR

24 ENTRY OF AMENDED JUDGMENT" filed herein, and executed by plaintiffs

25 UNITED STATES FOR THE USE AND BENEFIT OF O'BRYANT ELECTRIC,

26 INC. and O'BRYANT ELECTRIC, INC., a California corporation, and defendant

27

28

**AMENDED JUDGMENT PURSUANT TO STIPULATION**

1  RMA LAND CONSTRUCTION, INC., a California corporation, pursuant to

2  FRCP Rule 54(b) and Rule 58(a) and (b), and good cause appearing therefore:

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs

4  UNITED STATES FOR THE USE AND BENEFIT OF O'BRYANT ELECTRIC,

5  INC. and O'BRYANT ELECTRIC, INC., a California corporation have and

6  recover the principal sum of $563,513.10, plus prompt-payment interest at the rate

7  of 2% per month on all applicable sums pursuant to the federal Prompt Payment

8  Act, 31 U.S.C. §§ 3901, et seq., California Business and Professions Code Section

9  § 7108.5 and California Civil Code Section § 8814, for a total of $380,638.74,

10  together with attorney fees and costs pursuant to said statutes and the parties'

11  contract in the sum of $133,784.28, for a total Judgment in the sum of

12  $1,077,936.10.

13      IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED

14  that O'BRYANT ELECTRIC, INC., a California corporation is entitled to

15  immediate payment of the sum of $176,720.50 from monies being owed to RMA

16  held by the United States Department of the Navy, "NAVFAC SOUTHWEST"

17  pursuant to the Writ of Attachment issued by this court on August 25, 2014 and

18  served on November 6, 2014 on "NAVFAC SOUTHWEST".  Defendant RMA

19  LAND CONSTRUCTION, INC., a California corporation is hereby ordered to

20  submit an invoice to the federal Government pursuant to the Government's

21  "iRAPT" electronic invoicing system (formerly known as the "Wide Area Work

22  Flow" invoicing system), or by paper invoice.  The purpose of such invoice will be

23  to effectuate the payment of the funds due to Defendant RMA LAND

24  CONSTRUCTION, INC. under Contract No. N62473-08-R-8651-0004, Task

25  Order 0013,  Exhibit "1" attached to the First Amended Complaint for Damages on

26  file herein, in accordance with the Government's normal invoicing procedures as

27  established in the above-referenced contract and in applicable statutes and

28  regulations.  Defendant  RMA LAND CONSTRUCTION, INC. shall submit, along

2

**AMENDED JUDGMENT PURSUANT TO STIPULATION**

1  with such invoice, written instructions directing the Government to pay the funds
2  directly to counsel for RMA LAND CONSTRUCTION, INC. via wire transfer to
3  the Client Trust Account for its counsel, Salamirad, Morrow, Timpane & Dunn
4  LLP, to SMTD LLP IOLTA, Account No. 402174463, ABA 122016066,
5  Beneficiary address 17901 Von Karman Ave., Suite 500, Irvine, CA 92614, or via
6  paper check payable to the Client Trust Account for its counsel, Salamirad,
7  Morrow, Timpane & Dunn LLP.  Once such funds are received from the
8  Government as a result of the invoice submitted by Defendant RMA LAND
9  CONSTRUCTION, INC., a California corporation, under Contract No.
10  N62473-08-R-8651- 0004, Task Order 0013, Salamirad, Morrow, Timpane &
11  Dunn LLP shall immediately pay all such funds so received to Plaintiff
12  O'BRYANT ELECTRIC, Inc., a California corporation.

13        IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED
14  that the Attachment Bond posted and filed herein by plaintiffs UNITED STATES
15  FOR THE USE AND BENEFIT OF O'BRYANT ELECTRIC, INC. and
16  O'BRYANT ELECTRIC, INC., a California corporation on June 16, 2014 is
17  hereby fully exonerated and released.

18        IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED
19  that this Amended Judgment Pursuant to Stipulation shall be entered and effective
20  as of July 5, 2016.

23  Dated: August 12, 2016      _____
24                              Honorable Dale S. Fischer
                                Judge of the District Court

**AMENDED JUDGMENT PURSUANT TO STIPULATION**